**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

    Dianne Middle Foreman
    fka Dianne Crawford

        Debtor(s)

Case No.: 1−09−10724−MJK
Chapter: 13

SSN:  xxx−xx−1872

## NOTICE OF CASE CLOSING WITHOUT DISCHARGE

     All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

[   ]     The Debtor either failed to file Official Form 23 or failed to include the provider certificate number on Official Form 23.

[ X ]     The Debtor failed to file Director's Procedural Form 283.

[   ]     The discharge was withheld for the reasons detailed in the electronic case file. [Docket Entry #]

Date: May 28, 2013

Lisa Bertino Beaser
Clerk of Court

Form clsnodsc/Doc 40
www.nywb.uscourts.gov